**Order filed June 28, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00183-CV

_____

## APOLLO EXPLORATION, LLC; COGENT EXPLORATION, LTD., CO.; AND SELLMOCO, LLC, Appellants

## V.

## APACHE CORPORATION, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV50538**

## O R D E R

Appellants filed a notice of appeal from several orders entered by the trial court over a period of time. Appellants asserted in their notice of appeal that the orders together disposed of all parties and all claims in this cause. After the appeal was docketed, Appellee notified this court that it was continuing to assert a claim for attorney's fees in the trial court, which would make Appellants' notice of appeal premature. Appellants disagreed but, nevertheless, requested a severance in the trial

court. The trial court has now issued an order in which it has granted Appellee's motion for leave to seek attorney's fees. In the order, the trial court indicates that it intends to enter an order on attorney's fees sometime after July 26, 2019, after all motions, responses, and replies to responses have been filed.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We determine whether a judgment is a final, appealable judgment based on the language in the judgment and the record of the case. *Lehmann*, 39 S.W.3d at 195. A judgment is final and appealable if it disposes of all parties and all claims in the case. *Id.* The orders from which Appellants attempt to appeal do not dispose of Appellee's claim for attorney's fees. Therefore, the trial court has not yet entered a final, appealable order. *See id.* at 205–06. Thus, Appellants' notice of appeal was filed prematurely.

Consequently, we abate the appeal pursuant to TEX. R. APP. P. 27.2 to permit the trial court to enter a final order or judgment. If a final, appealable order or judgment has not been entered by August 12, 2019, this court may dismiss this appeal. *See* TEX. R. APP. P. 42.3. If a final judgment is entered by that date, the parties are ordered to notify this court immediately.

The appeal is abated.

PER CURIAM

June 28, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

2